No. 99–255. VENTO v. COLORADO NATIONAL BANK ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–261. MALLORY ET AL. v. OHIO ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–285. AVALOS v. HUNTER, SHERIFF, COLLIER COUNTY. C. A. 11th Cir. Certiorari denied.

No. 99–286. RCK PROPERTIES, INC., FKA FOREST PROPERTIES, INC. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 99–289. BUTLER v. ORANGEBURG COUNTY ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–297. HAZANI v. OKI ELECTRIC INDUSTRY CO., LTD., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 99–298. BRYANT v. GOLDEN FLAKE SNACK FOODS, INC., ET AL.; and GUNTER v. CITY OF BELLEVIEW ET AL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied. Reported below: 732 So. 2d 1071 (first judgment) and 1073 (second judgment).

No. 99–299. KING ET UX. v. EAST LAMPETER TOWNSHIP ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–301. HOLYWELL CORP. v. BANK OF NEW YORK ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–302. FIELDS ET AL. v. ASSAF. C. A. 3d Cir. Certiorari denied.

No. 99–319. MINGTAI FIRE & MARINE INSURANCE CO., LTD. v. UNITED PARCEL SERVICE, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–334. FREEMAN v. JOHNSON. Ct. App. Cal., 4th App. Dist. Certiorari denied.